UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DANIEL JOSEPH BOUDREAUX** | **CIVIL ACTION** |
| **VERSUS** | **NO. 21-1772** |
| **LAFOURCHE PARISH, ET AL.** | **SECTION: "B"(3)** |

# ORDER

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the Lafourche Parish Government's unopposed motion to dismiss, Rec. Doc. 9, is **GRANTED** and that the claims against that defendant are **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that plaintiff's claim against the State of Louisiana is **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. §§ 1915(e)(2)(B) and 1915A(b).

**IT IS FURTHER ORDERED** that plaintiff's claims against Lt. Trent Duplantis and Sheriff Craig Webre remain referred to the United States Magistrate Judge for further proceedings and consideration.

New Orleans, Louisiana, this 14th day of April, 2022

SENIOR UNITED STATES DISTRICT JUDGE